## FERGUSON v. FLETCHER et al.

ATKINSON, J. The refusal of the judge to grant an interlocutory injunction in this case was not an abuse of discretion.

*Judgment affirmed. All the Justices concur.*
NOVEMBER 14, 1913.

Petition for injunction. Before Judge Ellis. Fulton superior court. July 1, 1913.

*L. W. Thomas,* for plaintiff. *Mozley & Moss,* for defendants.